UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHRISTY L. LILLEY, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:19-CV-93-FL |
| ANDREW M. SAUL, *Commissioner of* ) | |
| *Social Security* ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 8, 2019, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on December 3, 2019, and Copies To:**
Christy L. Lilley (Via U.S. Mail) to 1102 Pine Street, Apt C, Beaufort, NC 28516
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

December 3, 2019　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk