IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:19-CV-93-FL

| CHRISTY L. LILLEY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion (DE 18) for reconsideration regarding the court's December 3, 2019, judgment. For good cause shown, the motion is GRANTED, and this court's judgment entered December 3, 2019, is VACATED. Plaintiff is DIRECTED to file a motion for judgment on the pleadings within **thirty days** from the date of this order, in accordance with the court's September 5, 2019, order. The clerk is DIRECTED to send to plaintiff with this order a copy of the court's September 5, 2019, order.

SO ORDERED, this the 23rd day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge